THEODORE A. GRIFFINGER, JR. (SBN 66028)
MICHAEL F. DONNER (SBN 155944)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile:  (415) 981-4343
E-Mail:  tgriffinger@steinlubin.com
            mdonner@steinlubin.com

BRADLEY G. KAFKA (Admitted *Pro Hac Vice*)
ROBERT S. SEIGEL (Admitted *Pro Hac Vice*)
GALLOP, JOHNSON & NEUMAN, L.C.
101 South Hanley, Suite 1600
St. Louis, MO  63105
Telephone: (314) 615-6000
Facsimile:  (314) 615-6001
E-Mail:  bgkafka@gjn.com
            rsseigel@gjn.com

Attorneys for APM and Counterclaimant
ATLANTIC PLANT MAINTENANCE, INC.,
a Delaware corporation

DAVID A. ROSENFELD
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Petitioner
BOILERMAKERS LOCAL LODGE 549

KRISTINA L. HILLMAN
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Counter-Defendants
NORTHERN CALIFORNIA
MILLWRIGHTS UNION LOCAL 102

*FILED*
*NOV - 2 2005*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BOILERMAKERS LOCAL LODGE 549,<br><br>the Boilermakers,<br><br>v.<br><br>ATLANTIC PLANT MAINTENANCE, INC.,<br>a Delaware corporation,<br><br>APM.<br><br>ATLANTIC PLANT MAINTENANCE, INC.,<br>a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BOILERMAKERS LOCAL LODGE 549, a<br>labor organization; and NORTHERN<br>CALIFORNIA MILLWRIGHTS UNION<br>LOCAL 102, a labor organization,<br><br>Counter-Defendants. | Case No. C-05-3608 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISCOVERY AND<br>BRIEFING SCHEDULE PURSUANT<br>TO LOCAL RULE 6-2**<br><br>Action Filed:  September 7, 2005<br>Trial Date:   None Set<br>Judge:        Hon. Claudia Wilken |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1    The Respondent and Counterclaimant, Atlantic Plant Maintenance, Inc. ("APM"), the

2    Petitioner and Counterclaim Defendant Boilermakers Local Lodge 549 (the "Boilermakers"), and

3    Counterclaim Defendant Northern California Millwrights Union Local 102 (the

4    "Millwrights")(collectively referred to as the "Parties"), by counsel, pursuant to Civil Local Rules

5    6-1 and 6-2, stipulate to the following times for filing pleadings, discovery, motions, and

6    responses, and request that the Court approve this Stipulation.  In support of this Stipulation and

7    request, the Parties state as follows:

8         1.    On September 15, 2005, the Boilermakers served a Petition to Compel Arbitration

9    on APM.  The Boilermakers seek an order compelling APM to arbitrate a dispute under Section 9

10   of the Parties' collective bargaining agreement, titled "Maintenance Agreement, Morro Bay, and

11   Moss Landing, California Plants" (the "Agreement").

12        2.    On October 5, 2005, APM timely filed an answer to the Petition.  That same date

13   APM filed a counterclaim against the Boilermakers and also joined to this proceeding, and filed a

14   counterclaim against, the Millwrights.  In its Answer and Counterclaims, APM asserts that the

15   dispute underlying the Boilermakers' motion represents a jurisdictional dispute cognizable only

16   under Section 10 of the Agreement.  APM further asserts that the Section 10 procedure requires

17   participation by APM, the Boilermakers, and the Millwrights, all of whom are party to the

18   Agreement.

19        3.    On October 18, 2005, the Deputy Clerk issued a Notice Setting Hearing on Motion

20   to Compel Arbitration, a copy of which is attached as Attachment A.  The Notice required the

21   Boilermakers to file a Motion to Compel Arbitration by November 4, 2005; APM to file its

22   opposition and any cross-motion by November 18, 2005; the Boilermakers to file a reply and

23   opposition to APM's cross-motion by November 28, 2005; and APM to file a surreply by

24   December 5, 2005.  The Notice then sets a hearing on the motions for December 23, 2005.

25        4.    On October 28, 2005, the Deputy Clerk issued an Amended Notice Setting Hearing

26   on Motion to Compel Arbitration, a copy of which is attached as Attachment B.  The Amended

27   Notice requires the Boilermakers to file a Motion to Compel Arbitration by November 4, 2005;

28   APM to file its opposition and any cross-motion by November 18, 2005; the Boilermakers to file a

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

1   reply and opposition to APM's cross-motion by November 28, 2005; and APM to file a surreply by

2   December 5, 2005. The Notice also requires the Millwrights to file any petition by November 4,

3   2005; and any reply and opposition to any cross motion by November 18, 2005. The Notice then

4   sets a hearing on the motions for December 23, 2005 at 10:00 a.m. The Notice invites any party

5   seeking an amendment of this briefing schedule to file a stipulation and order.

6         5.       The schedule set forth in the Deputy Clerk's Notices does not allow sufficient time

7   for the Parties to complete their pleadings, conduct discovery, submit dispositive motions, and, if

8   necessary, prepare for trial. The schedule established in the Deputy Clerk's Notices would deprive

9   the Parties of their due process rights.

10        6.       In order to adequately accommodate the due process rights of the Parties and

11  provide for a speedy resolution of the issues raised by the Petition and Counterclaims, the Parties

12  propose the following schedule for this case:

13              A.       The Boilermakers and the Millwrights will each file an Answer to APM's

14                   Counterclaims by November 8, 2005. The Millwrights will also file any cross or

15                   counter-claims against the Boilermakers or APM by November 8, 2005.

16              B.       The Boilermakers and APM will file an answer to any cross or counter-

17                   claim filed by the Millwrights by November 15, 2005.

18              C.       The parties will all be allowed through January 16, 2006 to conduct

19                   discovery.

20              D.       The Boilermakers will file a motion to compel arbitration as well as any

21                   dispositive motions against APM and the Millwrights by January 31, 2006.

22              E.       APM and the Millwrights will file their opposition to any motions filed by

23                   the Boilermakers by February 15, 2006. APM and the Millwrights will also file any

24                   cross or counter-motions or other dispositive motions against any other party or

25                   parties by February 15, 2006.

26              F.       The Boilermakers will file their reply to the oppositions of APM and the

27                   Millwrights to the Boilermakers' original motions by March 2, 2006. The

28                   Boilermakers will also file an opposition to any cross or counter-claims or other

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

1    dispositive motions filed by APM and the Millwrights by March 2, 2006.  APM and

2    the Millwrights will file their opposition to the cross or counter-claims or other

3    dispositive motions filed by one against the other by March 2, 2006.

4        G.    APM and the Millwrights will file their reply to the opposition to one

5    another's cross or counter-claims or other dispositive motions by March 17, 2006.

6    APM and the Millwrights will also file their reply to the Boilermakers' opposition

7    to their cross or counter-claims or other dispositive motions by March 17, 2006.

8        H.    The Court will set a hearing date on all pending motions no sooner than two

9    weeks after filing of all motions.

10       I.    A trial setting, if needed, will be scheduled by the Court no sooner than 30

11   days after the Court's ruling on all pending dispositive motions.

12       WHEREFORE, the Parties respectfully request this Court issue an order approving the

13   Stipulation, vacating all previous scheduling notices and orders, and for such other and further

14   relief as the Court deems just and proper.

15                           Respectfully submitted,

16

    Dated:  October 28, 2005            STEIN & LUBIN LLP

17

18                         By:_____ /s/  Theodore A. Griffinger, Jr._____

19                         Theodore A. Griffinger, Jr.
                           Attorneys for APM

20                         ATLANTIC PLANT MAINTENANCE,
                           a Delaware corporation

21
    Dated:  October 28, 2005            GALLOP, JOHNSON & NEUMAN, L.C.

22

23                         By:_____ /s/  Bradley G. Kafka_____
                           Bradley G. Kafka

24                         Attorneys for APM
                           ATLANTIC PLANT MAINTENANCE,

25                         a Delaware corporation

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

1

2  Dated: October 28, 2005                    WEINBERG, ROGER & ROSENFELD, P.C.

3
                                          By:_____/s/ David A. Rosenfeld_____
4                                            David A. Rosenfeld
                                             Attorneys for BOILERMAKERS LOCAL 549
5

6

7  Dated: October 28, 2005                    WEINBERG, ROGER & ROSENFELD, P.C.

8
                                          By:_____/s/ Kristina L. Hillman_____
9                                            Kristina L. Hillman
                                             Attorneys for NORTHERN CALIFORNIA
10                                           MILLWRIGHTS LOCAL 102
                                             a Delaware corporation
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED. *The hearing will be*

13  *in March 31, 2006 at 10am. The Boilermakers*
                                          _____
14  Date:                                 United States District Court Judge

15  *motions shall be contained in a single*
    111073/401210
16  *brief g 25 pp unless permission for an*

17  *oversized brief is obtained in advance.*

18  *APM and Millwrights shall file a single 25pp*

19  *brief in response, containing their*

20  *opposition & cross motions. (If they must*

21  *file separate briefs, each may be 15 pp.)*

22  *The final 2 briefs may be 15pp each,*

23  *unless APM & millwrights need separate*

24  *briefing, 8 pp each.*

25

26                                          *[signature]*

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001
                                          - 5 -