| | |
|---|---|
| THEODORE A. GRIFFINGER, JR. (SBN 66028)<br>MICHAEL F. DONNER (SBN 155944)<br>STEIN & LUBIN LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 981-0550<br>Facsimile: (415) 981-4343<br>E-Mail: tgriffinger@steinlubin.com<br>mdonner@steinlubin.com | DAVID A. ROSENFELD<br>WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br>1001 Marina Village Parkway<br>Alameda, California 94501<br>Telephone (510) 337-1001<br>Fax (510) 337-1023<br><br>Attorneys for Petitioner<br>BOILERMAKERS LOCAL LODGE 549 |
| BRADLEY G. KAFKA (Admitted *Pro Hac Vice*)<br>ROBERT S. SEIGEL (Admitted *Pro Hac Vice*)<br>GALLOP, JOHNSON & NEUMAN, L.C.<br>101 South Hanley, Suite 1600<br>St. Louis, MO 63105<br>Telephone: (314) 615-6000<br>Facsimile: (314) 615-6001<br>E-Mail: bgkafka@gjn.com<br>rsseigel@gjn.com | KRISTINA L. HILLMAN<br>WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br>1001 Marina Village Parkway<br>Alameda, California 94501<br>Telephone (510) 337-1001<br>Fax (510) 337-1023<br><br>Attorneys for Counter-Defendants<br>NORTHERN CALIFORNIA<br>MILLWRIGHTS UNION LOCAL 102 |
| Attorneys for APM and Counterclaimant<br>ATLANTIC PLANT MAINTENANCE, INC.,<br>a Delaware corporation | |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BOILERMAKERS LOCAL LODGE 549,<br><br>the Boilermakers,<br>v.<br><br>ATLANTIC PLANT MAINTENANCE, INC.,<br>a Delaware corporation,<br><br>APM.<br><br>ATLANTIC PLANT MAINTENANCE, INC.,<br>a Delaware corporation,<br><br>Counterclaimant,<br>v.<br><br>BOILERMAKERS LOCAL LODGE 549, a labor organization; and NORTHERN CALIFORNIA MILLWRIGHTS UNION LOCAL 102, a labor organization,<br><br>Counter-Defendants. | Case No. C-05-3608 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 7, 2005<br>Trial Date: None Set<br>Judge: Hon. Claudia Wilken<br><br><br><br><br><br><br><br><br>**ATTACHMENT A** |

16030002/310869v2      Case No. C-05-3608 JCS

COUNTERCLAIM

The parties to this action stipulate that the Petitioner, Boilermakers Local Lodge 549 (the "Boilermakers"), dismisses with prejudice all of its claims against Respondent, Atlantic Plant Maintenance, Inc. ("APM"); and APM dismisses with prejudice its counterclaims against the Boilermakers and against Northern California Millwrights Union Local 102 (the "Millwrights"). The parties further stipulate that each party shall bear their own costs and attorneys' fees incurred in this action.

IN WITNESS OF THIS STIPULATION, counsel for the Boilermakers, APM and the Millwrights respectively, have signed their names below.

                                                Respectfully submitted,

Dated: November 3, 2005           STEIN & LUBIN LLP

By: /s/ Theodore A. Griffinger, Jr.
Theodore A. Griffinger, Jr.
Attorneys for APM
ATLANTIC PLANT MAINTENANCE,
a Delaware corporation

Dated: December 27, 2005          GALLOP, JOHNSON & NEUMAN, L.C.

By: /s/ Bradley G. Kafka
Bradley G. Kafka
Attorneys for APM
ATLANTIC PLANT MAINTENANCE,
a Delaware corporation

Dated: December 27, 2005          WEINBERG, ROGER & ROSENFELD, P.C.

By: /s/ David A. Rosenfeld
David A. Rosenfeld
Attorneys for BOILERMAKERS LOCAL 549

Dated: December 27, 2005              WEINBERG, ROGER & ROSENFELD, P.C.

                              By:      /s/ Kristina L. Hillman
                                  Kristina L. Hillman
                                  Attorneys for NORTHERN CALIFORNIA
                                  MILLWRIGHTS LOCAL 102
                                  a Delaware corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

   /s/ CLAUDIA WILKEN
_____
District Court Judge

Date    1/9/06

3